**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE-1 and<br>JOHN DOE-2,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>KASHYAP P. PATEL<br>in his official capacity as<br>Director of the Federal Bureau of Investigation;<br><br>FEDERAL BUREAU OF INVESTIGATION;<br><br>PAMELA J. BONDI<br>in her official capacity as Attorney General<br>of the United States;<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendants*. | Civil Action No. 26-959-JMC |

**PLAINTIFFS' RESPONSE TO ECF NO. 6**

Plaintiffs respectfully submit this Response to the Court's Order at ECF No. 6, granting Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and ordering them to file a version of that motion "on the public docket." Plaintiffs' Motion for Leave to Proceed Under Pseudonyms was originally filed, and remains filed, on the public docket. ECF No. 3. However, for avoidance of doubt, attached as an Exhibit to this filing is an unsealed version of Plaintiffs' Motion at ECF No. 3.

1

Additionally, in accordance with the Court's Order at ECF No. 6, undersigned counsel will also submit a "sealed declaration containing [Plaintiffs'] real names and residential addresses" in a separate, sealed filing.

Dated:        April 6, 2026

Respectfully Submitted,

/s/ Elizabeth Tulis
Elizabeth Tulis (DDC No. NY0703 / D.C. Bar No. 90042452)
Brittany Hanke (admitted *pro hac vice*)
PERRY LAW
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
Fax: (646) 849-9609
etulis@danyaperrylaw.com
bhanke@danyaperrylaw.com

/s/ Margaret Donovan
Margaret Donovan (DDC No. CT0026)
KOSKOFF KOSKOFF & BIEDER, PC
3560 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*Attorneys for Plaintiffs*
