**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE 1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KASHYAP P. PATEL, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-00959-JMC |

**Defendants' Unopposed Motion to Stay Their Deadline to Respond to the Complaint**
**Pending the Entry of a Briefing Schedule for Their Motion to Dismiss**

Defendants' deadline to respond to the Complaint is May 26, 2026. ECF No. 14.

Defendants respectfully submit there is good cause to extend this deadline because they intend to

move to dismiss the Complaint, and the parties are negotiating a proposed briefing schedule that

would further the interests of judicial economy by allowing them adequate time to brief that

forthcoming motion on an orderly schedule, as well as address other procedural matters. Thus,

Defendants respectfully request a stay of their existing deadline to respond to the Complaint

pending the entry of a briefing schedule for their motion to dismiss. Defendants have conferred

with Plaintiffs, who do not oppose this request.

May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. Bar No. 1014909)

Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

May 26, 2026

*/s/ Isaac C. Belfer*
Isaac C. Belfer