**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN DOE 1, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KASHYAP P. PATEL, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:26-cv-00959-JMC |

**Joint Status Report**

On May 26, 2026, Defendants filed an Unopposed Motion to Stay Their Deadline to Respond to the Complaint Pending the Entry of a Briefing Schedule for Their Motion to Dismiss. ECF No. 16. That motion explained that Defendants intend to move to dismiss the Complaint and that the parties were negotiating a proposed briefing schedule. On May 28, 2026, the Court granted Defendants' motion and ordered the parties to file a joint status report with their proposed briefing schedule by June 11, 2026.

Plaintiffs are former employees of the Federal Bureau of Investigation ("FBI") who challenge their terminations under the First and Fifth Amendments to the United States Constitution. In *Garman v. Patel*, No. 1:26-cv-1086-JMC (D.D.C.), the plaintiffs are also former FBI employees and challenge their terminations on similar grounds. On June 3, 2026, the *Garman* parties filed a joint scheduling motion requesting to set a briefing schedule for Defendants' forthcoming motion to dismiss in that case that aligned with the schedule to be proposed in *Doe*. *Garman*, ECF No. 27. The *Garman* parties explained that "[b]ecause *Garman* and *Doe* involve similar questions of law and the cases were filed close together in time, the *Garman* and *Doe* parties have agreed that it would further judicial economy to align the briefing

schedules for Defendants' forthcoming motions to dismiss in each case." *Id.* at 2. The Court

granted the *Garman* parties' joint motion and set the following briefing schedule:

| | |
|---|---|
| June 18, 2026 | Defendants' motion to dismiss |
| July 28, 2026 | Plaintiffs' opposition |
| August 18, 2026 | Defendants' reply |

To further judicial economy, the *Doe* parties respectfully request that the Court set the

same briefing schedule in this case.

June 10, 2026                          Respectfully submitted,

/s/ Elizabeth Tulis                    BRETT A. SHUMATE
Elizabeth Tulis (DDC No.               Assistant Attorney General
NY0703 / D.C. Bar No.
90042452)                              CHRISTOPHER HALL
Brittany Hanke (admitted *pro*         Assistant Branch Director
*hac vice*)
PERRY LAW                              /s/ Isaac C. Belfer
445 Park Avenue, 7th Floor             ISAAC C. BELFER (D.C. Bar No. 1014909)
New York, NY 10022                     Trial Attorney
Tel: (212) 213-3070                    Federal Programs Branch
Fax: (646) 849-9609                    Civil Division
etulis@danyaperrylaw.com               U.S. Department of Justice
bhanke@danyaperrylaw.com               1100 L Street, NW
                                       Washington, DC 20005
/s/ Margaret Donovan                   (202) 305-7134
Margaret Donovan (DDC No.              (202) 514-8742 (fax)
CT0026)                                Isaac.C.Belfer@usdoj.gov
KOSKOFF KOSKOFF &
BIEDER, PC                             *Counsel for Defendants*
3560 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

June 10, 2026                                    */s/ Isaac C. Belfer*
                                                Isaac C. Belfer

3