**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOHN DOE 1 and JOHN DOE 2,

     *Plaintiffs*,

     v.

KASHYAP P. PATEL, *et al.*,

     *Defendants*.

Civil Case No. 1:26-cv-00959-JMC

**[PROPOSED] ORDER**

Upon consideration of proposed *amici curiae* First Amendment Scholars' consent Motion for Leave to File *Amici Curiae* Brief in Support of Plaintiffs' Response to Defendants' Motion to Dismiss, it is hereby ORDERED that *amici curiae* First Amendment Scholars' Motion is GRANTED.

     **SO ORDERED.**

Dated: _____       _____

                                     HON. JIA M. COBB
                                     United States District Judge